McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO VALENCIA, MARIA VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, and GUSTAVO VALENCIA, individually and as successors in interest for Gracia Valencia de Viveros,<br><br>          Plaintiffs,<br><br>     v.<br><br>FAMILY HEALTHCARE NETWORK, MELANIE MURPHY, D.D.S., NOAH ALEX AGARD, D.D.S., HENRY CAMILO CISNEROS, JR., D.D.S., GUADALUPE QUEZADA, D.D.S., ANTONIO F. SANCHEZ, M.D., PUBLIC HEALTH SERVICE, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES OF AMERICA, and DOES 1-50, inclusive,<br><br>          Defendants. | 1:05-cv-00472 AWI LJO<br><br>**STIPULATION EXTENDING SCHEDULING CONFERENCE; [PROPOSED] ORDER RE: SAME** |

Pursuant to the Court's Order Setting Mandatory Scheduling Conference and Requiring the Parties to Confer Pursuant to F.R.CIV.P. 26(f), this action's scheduling conference is presently scheduled to take place on Monday, August 1, 2005.

This date precedes, however, the deadline by which the United States must respond to plaintiffs' complaint.  The United States was initially served with plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 4 on or about June 11, 2005.  As a result, the United States' deadline by which to respond to plaintiffs' complaint is approximately August 10, 2005.

The parties agree that this action's scheduling conference should take place after the parties have filed initial pleadings and responses to the same.  Accordingly, the parties stipulate to extend the date of this action's scheduling conference from August 1, 2005 until September 26, 2005.  More specifically, the parties stipulate to continue this action's scheduling conference as follows:

|  | Old Date | **New Date** |
|---|---|---|
| Scheduling Conference | August 1, 2005<br>(8:30 a.m., Ctrm 6) | **September 26, 2005**<br>(8:30 a.m., Ctrm 6) |

Based on the above, good cause exists in support of the parties' stipulated extension.

Dated: July 27, 2005.                        July 27, 2005

                    Respectfully submitted,

LAW OFFICES OF FEDERICO            McGREGOR W. SCOTT
CASTELAN SAYRE                     United States Attorney


/s/ Kent M. Henderson (as auth. 7/27)   /s/ Brian W. Enos___
KENT M. HENDERSON                  BRIAN W. ENOS
Attorneys for                      Attorneys for
Plaintiffs                         United States of America


    IT IS SO ORDERED.

**Dated:   July 28, 2005**             _____/s/ Lawrence J. O'Neill_____
66h44d                             UNITED STATES MAGISTRATE JUDGE

2