McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Room 3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: 559-498-7272

Attorneys for Federal Defendants:
United States of America; United States Department of Health and Human Services; Family Healthcare Network; Melanie Murphy, D.D.S.; Noah Alex Agard, D.D.S.; Henry Camilo Cisneros, Jr., D.D.S.; Guadalupe Quezada, D.D.S.; and Antonio F. Sanchez, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO VALENCIA; MARIA VALENCIA; ALEJANDRO VALENCIA; JOSE VALENCIA; ABEL VALENCIA; SOTERO VALENCIA; and GUSTAVO VALENCIA, individually and as successors in interest for Gracia Valencia de Viveros,<br><br>    Plaintiffs,<br><br>    v.<br><br>FAMILY HEALTHCARE NETWORK; MELANIE MURPHY, D.D.S.; NOAH ALEX AGARD, D.D.S.; HENRY CAMILO CISNEROS, JR., D.D.S.; GUADALUPE QUEZADA, D.D.S.; ANTONIO F. SANCHEZ, M.D.; PUBLIC HEALTH SERVICE; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE UNITED STATES OF AMERICA, and DOES 1-50, inclusive,<br><br>    Defendants. | 1:05-cv-0472 AWI LJO<br><br>NOTICE OF SUBSTITUTION OF THE UNITED STATES AS PROPER PARTY DEFENDANT IN LIEU OF THE FEDERAL DEFENDANTS AND DISMISSAL OF FEDERAL DEFENDANTS PURSUANT TO OFFICIAL IMMUNITY; ORDER THEREON |

1 TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
2 THE EASTERN DISTRICT OF CALIFORNIA:
3     PLEASE TAKE NOTICE that the Federal Defendants United
4 States Department of Health and Human Services; Family Healthcare
5 Network; Melanie Murphy, D.D.S.; Noah Alex Agard, D.D.S.; Henry
6 Camilo Cisneros, Jr., D.D.S.; Guadalupe Quezada, D.D.S.; and
7 Antonio F. Sanchez, M.D. have been deemed eligible for coverage
8 under the Federal Tort Claims Act (FTCA) (28 U.S.C. §§ 1346(b),
9 2671-2680) pursuant to provisions of the FFHCAA, cited above, and
10 to have been acting within the scope of what is deemed under the
11 FFHCAA to be federal employment at all times relevant to the
12 complaint.  See Attachment A (Certification by the United States
13 Attorney, through his authorized designee, that federal
14 defendants were acting within the scope of what is deemed to be
15 federal employment at the time of the alleged conduct giving rise
16 to the complaint).
17     WHEREFORE, the United States respectfully submits that this
18 Notice Substitutes the United States as the proper party
19 defendant in lieu of the federal defendants and dismisses federal
20 defendants pursuant to their official immunity.

22 DATED: January 10, 2006     Respectfully submitted,
23     McGREGOR W. SCOTT
    United States Attorney

25     /s/ Kristi C. Kapetan
    By: KRISTI C. KAPETAN
26     Assistant U. S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:     January 11, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE