FEDERICO CASTELAN SAYRE, ESQ., SBN 067420
KENT M. HENDERSON, ESQ., (SBN 139530)
LAW OFFICES OF FEDERICO CASTELAN SAYRE
900 N. BROADWAY, 7th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 721-0221
Fax (714) 550-9125
Attorneys for Plaintiffs, MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, GUSTAVO VALENCIA, individually and as successors in interest to Gracia Valencia de Viveros

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, and GUSTAVO VALENCIA, individually and as successors in interest for Gracia Valencia de Viveros,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FAMILY HEALTHCARE NETWORK, MELANIE MURPHY, D.D.S., NOAH ALEX AGARD, D.D.S., HENRY CAMILO CISNEROS, JR, D.D.S, GUADALUPE QUEZADA, D.D.S., ANTONIO F. SANCHEZ, M.D.; PUBLIC HEALTH SERVICE; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE UNITED STATES OF AMERICA, and DOES 1 – 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO: 1:05-CV-00472-AWI-LJO<br><br>**STIPULATION BETWEEN PARTIES TO EXTEND CERTAIN SCHEDULING ORDER DATES;**<br>**ORDER THEREON** |

Case 1:05-cv-00472-AWI-GSA   Document 31   Filed 04/04/06   Page 2 of 4

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiffs, by and through their counsel of record and Defendant Unites States of America, by and through its counsel of record, upon having conducted discovery including written discovery and depositions and with one of the principal witnesses Noah Agard, D.D.S., who provided dental care treatment to the decedent in this case, having moved to the State of New Jersey and for other discovery to be completed, the parties do hereby stipulate to extend certain dates in the Scheduling Order for approximately 105 days in a way that will not effect the other deadlines already set in the Scheduling Order as follows:

| EXTENDED DEADLINE: | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cutoff | March 17, 2006 | July 7, 2006 |
| Rule 26 Expert Disclosure | April 14, 2006 | July 28, 2006 |
| Supplemental Expert Disclosure | May 12, 2006 | August 11, 2006 |
| Expert Discovery Cutoff | August 18, 2006 | September 29, 2006 |

Based on the above, GOOD CAUSE exists in support of the parties' stipulated extension.

**IT IS SO STIPULATED**:

Respectfully submitted,

Dated: March 29, 2006  Dated: March 31, 2006

/s/ *Kent M. Henderson*  /s/ Kristi C. Kapetan

Kent M. Henderson, Esq.  Kristi C. Kapetan, Assistant U.S. Attorney
**LAW OFFICES OF FEDERICO C. SAYRE**  **UNITED STATES ATTORNEY'S OFFICE**
Attorneys for Plaintiffs  Attorneys for Defendant
 United States of America

IT IS SO ORDERED.

**Dated:   April 3, 2006**                         /s/ Lawrence J. O'Neill

66h44d                                             UNITED STATES MAGISTRATE JUDGE