FEDERICO CASTELAN SAYRE, ESQ., (SBN 067420)
KENT M. HENDERSON, ESQ., (SBN 139530)
SEPAND AKHAVANHAIDRY, ESQ., (SBN 213595)
**LAW OFFICES OF FEDERICO CASTELAN SAYRE**
900 N. BROADWAY, 7th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 721-0221
Fax (714) 550-9125

Attorneys for Plaintiffs, MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, GUSTAVO VALENCIA, individually and as successors in interest to Gracia Valencia de Viveros

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, and GUSTAVO VALENCIA, individually and as successors in interest for Gracia Valencia de Viveros, <br><br>                      Plaintiffs, <br><br> vs. <br><br> FAMILY HEALTHCARE NETWORK, MELANIE MURPHY, D.D.S., NOAH ALEX AGARD, D.D.S., HENRY CAMILO CISNEROS, JR, D.D.S, GUADALUPE QUEZADA, D.D.S., ANTONIO F. SANCHEZ, M.D.; PUBLIC HEALTH SERVICE; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE UNITED STATES OF AMERICA, and DOES 1 – 50, inclusive, | **CASE NO: 1:05-CV-00472-AWI-LJO** <br><br> **STIPULATION BETWEEN PARTIES TO EXTEND CERTAIN SCHEDULING ORDER DATES; ORDER THEREON** |

Defendants.                )
_____  )

TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE THAT** Plaintiffs, by and through their counsel of record and Defendant Unites States of America, by and through its counsel of record, upon having conducted discovery including written discovery and depositions and with one of the principal witnesses Noah Agard, D.D.S., who provided dental care treatment to the decedent in this case, having moved to the State of New Jersey and for other discovery to be completed, the parties do hereby stipulate to extend certain dates in the Scheduling Order for approximately 60 days in a way that will not effect the other deadlines already set in the Scheduling Order as follows:

| EXTENDED DEADLINE: | OLD DATE | NEW DATE |
|---|---|---|
| Rule 26 Expert Disclosure | July 28, 2006 | September 26, 2006 |
| Supplemental Expert Disclosure | August 11, 2006 | October 9, 2006 |
| Expert Discovery Cutoff | September 29, 2006 | November 28, 2006 |

Based on the above, GOOD CAUSE exists in support of the parties' stipulated extension.

**IT IS SO STIPULATED**:

                       Respectfully submitted,

Dated: July 10, 2006                         Dated: July ___, 2006

/s/ *Kent M. Henderson*                   /s/ *Kristi C. Kapetan*

Kent M. Henderson, Esq.               Kristi C. Kapetan, Assistant U.S. Attorney
**LAW OFFICES OF FEDERICO C. SAYRE**           **UNITED STATES ATTORNEY'S OFFICE**
Attorneys for Plaintiffs                    Attorneys for Defendant

United States of America

IT IS SO ORDERED.

**Dated:   July 12, 2006**          **/s/ Lawrence J. O'Neill**
66h44d                    UNITED STATES MAGISTRATE JUDGE