FEDERICO CASTELAN SAYRE, ESQ., (SBN 067420)
KENT M. HENDERSON, ESQ., (SBN 139530)
SEPAND AKHAVANHAIDRY, ESQ., (SBN 213595)
**LAW OFFICES OF FEDERICO CASTELAN SAYRE**
900 N. BROADWAY, 7th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 721-0221
Fax (714) 550-9125

Attorneys for Plaintiffs, MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, GUSTAVO VALENCIA, individually and as successors in interest to Gracia Valencia de Viveros

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA VALENCIA, UVALDO VALENCIA, ALEJANDRO VALENCIA, JOSE VALENCIA, ABEL VALENCIA, SOTERO VALENCIA, and GUSTAVO VALENCIA, individually and as successors in interest for Gracia Valencia de Viveros,<br>　　　　　　Plaintiffs,<br>　vs.<br><br>FAMILY HEALTHCARE NETWORK, MELANIE MURPHY, D.D.S., NOAH ALEX AGARD, D.D.S., HENRY CAMILO CISNEROS, JR, D.D.S, GUADALUPE QUEZADA, D.D.S., ANTONIO F. SANCHEZ, M.D.; PUBLIC HEALTH SERVICE; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE UNITED STATES OF AMERICA, and DOES 1 – 50, inclusive, | **CASE NO: 1:05-CV-00472-AWI-LJO**<br><br>**STIPULATION BETWEEN PARTIES TO EXTEND TRIAL DATE AND SCHEDULING ORDER DATES;**<br>**ORDER THEREON** |

1

**STIPULATION BETWEEN PARTIES TO EXTEND TRIAL DATE AND SCHEDULING ORDER DATES; [PROPOSED] ORDER THEREON**

|   |   |
|---|---|
|  ) |
| Defendants.  ) |
| _____  ) |

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE** that Plaintiffs, by and through their counsel of record and Defendants, FAMILY HEALTHCARE NETWORK et. al., and United States of America, by and through its counsel of record, upon having conducted discovery including written discovery and depositions, and for five to six depositions of key individuals remaining and for other discovery to be completed, the parties do hereby stipulate to extend the trial date and other certain dates in the Scheduling Order:

| EXTENDED DEADLINE: | OLD DATE | NEW DATE |
|---|---|---|
| **Rule 26 Expert Disclosure** | September 26, 2006 | **November 27, 2006** |
| **Supplemental Expert Disclosure** | October 9, 2006 | **December 8, 2007** |
| **Expert Discovery Cutoff** | November 28, 2006 | **January 29, 2007** |
| **Settlement Conference** | October 26, 2006 | **December 27, 2007** |
| **Dispositive Motion Deadline** | December 7, 2006 | **February 9, 2007** |
| **Last Day to Hear Motions** | January 7, 2007 | **March 9, 2007** |
| **Pre-Trial Conference** | January 4, 2007 | **March 9, 2007** |
| **Trial** | March 6, 2007 | **May 7, 2007** |

1
2   Based on the above, GOOD CAUSE exists in support of the parties'
3   stipulated extension.
4      **IT IS SO STIPULATED**:
5                              Respectfully submitted,
6   Dated: September 5, 2006            Dated: September    , 2006
7

8   /s/ *Kent M. Henderson*              /s/ *Kristi C. Kapetan*
9   Kent M. Henderson, Esq.              Kristi C. Kapetan, Assistant U.S.
10  **LAW OFFICES OF FEDERICO C.**       Attorney
    **SAYRE**                            **UNITED STATES ATTORNEY'S**
11  Attorneys for Plaintiffs             **OFFICE**
                                         Attorneys for Defendant
12                                       United States of America
13
14  IT IS SO ORDERED.
15
16
    **Dated:   September 11, 2006**     /s/ Lawrence J. O'Neill
17  66h44d                              UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26

    3
    **STIPULATION BETWEEN PARTIES TO EXTEND TRIAL DATE AND SCHEDULING ORDER
    DATES; [PROPOSED] ORDER THEREON**