```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO VALENCIA, et al., ) | 1:05-cv-0472 AWI NEW |
| ) | |
| Plaintiffs, ) | STIPULATION TO CONTINUE PRETRIAL |
| ) | AND TRIAL DATES; DECLARATION OF |
| v. ) | KRISTI C. KAPETAN IN SUPPORT AND |
| ) | ORDER THEREON |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Defendant United States of America, acting through counsel, and plaintiffs acting through counsel, hereby stipulate as follows:

     1.    This stipulation is executed by all parties who have appeared in and are affected by this action;

     2.    Due to the recent appointment of Kristi Kapetan to the Superior Court bench, this case will need to be reassigned to another attorney at the United States Attorney's Office. Ms. Kapetan is the only attorney who has worked on this file. The person to whom the case will be assigned will begin working for the office within the next several weeks. He will need time to review the file and prepare the case for trial. Expert discovery has not been completed and additional time is needed to complete it. In view of the foregoing, the parties agree to the following adjustment to the scheduling order in effect in this matter:

| | Existing Date | Proposed Date |
|---|---|---|
| Expert Discovery Cut off | June 22, 2007 | November 16, 2007 |
| Pre trial Conference | August 23, 2007 | February 14, 2008 |

1 | Trial (4 days, court)  October 2, 2007   March 17, 2008

3 Dated: 7/16/07

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kristi C. Kapetan

KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

Dated: 7/16/07

By:  /s/ Kent Henderson
KENT HENDERSON
Attorney for Plaintiffs

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current pretrial scheduling order is vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   July 20, 2007**          /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE