# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENCIA, et al., individually and as successors in interest for Gracia Valencia de Viveros,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FAMILY HEALTHCARE NETWORK, et al.; and DOES 1 – 50, inclusive,<br><br>　　　　　　Defendants. | **CASE NO: 1:05-CV-00472-AWI-NEW (WMW)**<br><br>Assigned For All Purposes to The Hon. U.S. Magistrate Judge William M. Wunderlich<br><br>**STIPULATION BETWEEN PARTIES TO PRODUCE OBJECTIVE FINDINGS PORTION OF ROOT CAUSE ANALYSIS;**<br>**ORDER THEREON** |

　　　　Plaintiffs, by and through their counsel of record, and Defendant Unites States of America, by and through its counsel of record, upon having met and conferred subsequent to this Court's hearing on the Joint Stipulation Re Discovery Disagreement on July 12, 2007, do hereby stipulate that Defendant Unites States of America shall solely produce to Plaintiffs the **OBJECTIVE FINDINGS** of Defendant Unites States of America's Root Cause Analysis, and that Defendant Unites States of America shall not produce to Plaintiffs the **SUBJECTIVE FINDINGS** of the Root Cause Analysis.  Production of the **OBJECTIVE FINDINGS** of the Root Cause Analysis shall occur within 30 days of the execution of this Stipulation.

Based on the above, GOOD CAUSE exists in support of the parties' stipulated production.

**IT IS SO STIPULATED**:

                                    Respectfully submitted,

Dated: ____7/12/2007_____       Dated: _____7/13/2007_____

           /S/                                                                /S/

Matthew J. Salcedo,                              Kristi C. Kapetan, Assistant U.S. Attorney
**LAW OFFICES OF FEDERICO C. SAYRE**     **UNITED STATES ATTORNEY'S OFFICE**
Attorneys for Plaintiffs                            Attorneys for Defendant
                                                     United States of America

IT IS SO ORDERED.

**Dated:** ___**July 27, 2007**_____   **/s/  William M. Wunderlich**_____
                                         UNITED STATES MAGISTRATE JUDGE