McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES (SBN 215629)
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email:  todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULVALDO VALENCIA, ET AL.,<br><br>  Plaintiffs,<br><br> v.<br><br> UNITED STATES OF AMERICA<br><br>  Defendant. | Case No. 1:05-cv-00472-AWI-NEW<br><br>**STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES**; **ORDER THERETO** |

   Defendant the United States of America and Plaintiffs, through their respective counsel, hereby submit the following stipulation to continue certain pretrial dates.

**Recitals**

1. On July 16, 2007, the parties stipulated to continue the pretrial and trial dates due to the appointment of Kristi Kapetan to the California Superior Court.  Ms. Kapetan was at the time the Assistant U.S. Attorney representing Defendant in this action;

2. The stipulated schedule continued the following dates:

   Expert Discovery Cut off          November 16, 2007 (from June 22, 2007)

   Pre-trial Conference              February 14, 2008 (from August 23, 2007)

   Trial                             March 17, 2008 (from October 2, 2007)

1

3. The Court adopted the parties' stipulation by Order dated July 20, 2007;

4. In preparing the stipulation to continue the pretrial and trial dates, the parties inadvertently omitted to continue the date to file dispositive motions, which had been set for June 29, 2007; and

5. The parties will not be able to complete expert discovery until after the current cut off date of November 16, 2007 due to the unavailability of certain expert witnesses to be deposed and the availability of counsel.

### Stipulation

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The date for expert discovery cut-off shall be continued from November 16, 2007 to **December 7, 2007**; and

2. The last date to file dispositive motions shall be **December 14, 2007**. Any dispositive motions filed shall be noticed for a hearing before the Court on **January 28, 2008** at **1:30 p.m.**; and

3. All remaining pretrial dates shall remain as set by the Court on July 20, 2007.

IT IS SO STIPULATED.

Respectfully submitted,

Date: October 2, 2007          McGREGOR W. SCOTT
                               United States Attorney

                               ____/s/____
                               By: Todd A. Pickles
                               Assistant United States Attorney
                               Counsel for Defendant United States

Date: October 1, 2007          LAW OFFICES OF FREDERICO C. SAYRE

                               ____/s/____
                               By: Carrie Goulding
                               Counsel for Plaintiffs

**ORDER**

Having read and considered the parties' Stipulation to Continue Certain Pretrial Dates, and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The date for cut off of expert discovery and last date to file dispositive motions are CONTINUED to the dates set forth above; and

2. All remaining pretrial dates set by this Court on July 20, 2007 shall remain UNCHANGED.

IT IS SO ORDERED.

**Dated:   October 3, 2007**                    /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE